PATRICIA L. MCCLARAN (State Bar No. 95754)
ANDREW W. NOBLE (State Bar No. 245993)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

FILED

MAR 0 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JUVENAL CHAVEZ and VERONICA CHAVEZ, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; PRLAP, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:09-cv-2133 OWW GSA<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS COMPLAINT**<br><br>Date: March 8, 2010<br>Time: 10:00 a.m.<br>Dept: Courtroom No. 3 (Fresno)<br>Judge: Hon. Oliver W. Wanger<br><br>Action Removed: December 4, 2009<br>Trial Date: None Set |

The Court having reviewed the motion to appear by telephone at hearing on motion to dismiss first amended complaint, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that Plaintiffs Juvenal Chavez and Veronica Chavez (collectively, "Plaintiffs") and Defendants Bank of America, N.A. and PRLAP, Inc. (collectively, "Defendants"), may appear telephonically at the hearing on defendants' motion to dismiss complaint (Document #8) currently set to be heard on March 8, 2010, at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

The instructions for this appearance are as follows:

1  The parties will need to set up a conference call (either through the operator or on a
2  conference call on an internal phone system). When all parties have been connected to the
3  conference they may dial into Judge Wanger's chambers on one line at (559) 499-5650 at
4  10:00AM.

5

6  DATED: __3-2-__, 2010

7

8

9  By: _____
10     Hon. Oliver W. Wanger
       Judge United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28