1  CHAPIN FITZGERALD SULLIVAN LLP
     Douglas J. Brown, Esq. (SBN: 248673)
2  550 West "C" Street, Suite 2000
   San Diego, California  92101
3  Tel:   (619) 241-4810
   Fax:  (619) 955-5318
4

5  Attorney for Plaintiffs
   JUVENAL CHAVEZ and VERONICA CHAVEZ
6

7  SEVERSON & WERSON
     Patricia L. McClaran, Esq.  (SBN: 95754)
8    Andrew W. Noble, Esq.  (SBN: 245993)
   SEVERSON & WERSON
9  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
10

11 Attorneys for Defendant
   BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JUVENAL CHAVEZ and VERONICA CHAVEZ, as individuals, <br><br>            Plaintiffs, <br><br>    vs. <br><br>BANK OF AMERICA, N.A.; PRLAP, INC.; and DOES 1 though 50, inclusive, <br><br>            Defendants. | Case No.:    1:09-cv-2133 OWW GSA <br><br>**JOINT STIPULATION AND ORDER TO DISMISS** <br><br><br><br><br><br>Action Removed: December 4, 2009 <br> Trial Date:        None Set |

1    WHEREAS Plaintiffs JUVENAL CHAVEZ and VERONICA CHAVEZ (collectively, "Plaintiffs") and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. (collectively "Defendants") hereby stipulate and apply to this Court to dismiss Plaintiffs' Complaint .

WHEREAS Plaintiffs and Defendants (collectively, the "Parties") have resolved and settled all allegations set forth in the Complaint.

WHEREAS Plaintiffs now seeks to dismiss its Complaint with prejudice against Defendants.

NOW THEREFORE, the Parties jointly stipulate, by and through their counsel of record and subject to the Court's approval, to dismiss Defendants with prejudice from the above-entitled action.  The dismissal of Defendants will result in dismissal of the entire action with prejudice.

DATED:   August 27, 2010                    CHAPIN FITZGERALD SULLIVAN LLP


By: /S/ Douglas J. Brown
    Douglas J. Brown, Esq.
    Attorney for Plaintiffs
    JUVENAL CHAVEZ and
    VERONICA CHAVEZ


DATED:   August 27, 2010                    SEVERSON & WERSON


By: /S/ Andrew W. Noble
    Patricia L. McClaran, Esq.
    Andrew W. Noble, Esq.
    Attorneys for Defendant
    BANK OF AMERICA, N.A.

-1-

**ORDER**

The Court having reviewed the Joint Stipulation of Plaintiffs JUVENAL CHAVEZ and VERONICA CHAVEZ ("Plaintiffs") and Defendants BANK OF AMERICA, N.A. and PRLAP, INC. ("Defendants") to dismiss Plaintiffs' Complaint against Defendants.

Having considered the Joint Stipulation and good cause having been shown for the requested relief,

**IT IS HEREBY ORDERED THAT** Plaintiffs' Complaint against Defendants is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED THAT** the dismissal of Defendants will result in dismissal of the entire action with prejudice.

IT IS SO ORDERED.

Dated: __August 27, 2010__         _____/s/ Oliver W. Wanger__
                                   UNITED STATES DISTRICT JUDGE